HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR SAHYOUN, | ) | Case No. 2:18-cv-00576-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a forty-five (45) day extension of time until April 8, 2019, in which to e-file his Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before May 8, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (thirteen opening briefs and two reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: February 22, 2019 | */s/HARVEY P. SACKETT* |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | VICTOR SAHYOUN |
| 4 | | |
| 5 | Dated: February 22, 2019 | */s/S. WYETH MCADAM* |
| 6 | | S. WYETH MCADAM |
| | | Special Assistant U.S. Attorney |
| 7 | | Social Security Administration |

IT IS ORDERED.

Dated: February 25, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge

2
STIPULATION AND ORDER