McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
WYETH McADAM
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
Telephone: (415) 268-5610
Facsimile: (415) 744-0134
E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR SAHYOUN, | Case No.: 2:18-cv-00576-EFB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND** |
| vs. | ~~**PROPOSED**~~ **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Victor Sahyoun (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is May 8, 2019. The new date will be June 7, 2019. All other deadlines will extend accordingly.

Defense counsel needs an extension of time because she is a newer hire who needs more time to complete review and analysis of the record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing workload demands, draft

Stip. & ~~Prop~~. Order for Ext., 2:18-cv-00576-EFB

the response, and go through the necessary in-house reviews. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

This is Defendant's first request for an extension.

Respectfully submitted,

Dated: May 6, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant


*/s/ Harvey Peter Sackett*
HARVEY PETER SACKETT
Sackett & Associates, A Professional Law Corporation
Attorneys for Plaintiff
(*As authorized via e-mail on May 6, 2019)

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HER ~~OPPOSITION TO PLAINTIFF'S OPENING BRIEF~~ CROSS-MOTION FOR SUMMARY JUDGMENT ON OR BEFORE June 7, 201~~8~~9.

Dated: May 9, 2019.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE