UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR SAHYOUN, | Case No.: 2:18-cv-00576-EFB |
| Plaintiff, | **[PROPOSED] ORDER TO EXPUNGE AND REPLACE CERTIFIED ADMINISTRATIVE RECORD** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation and Proposed Order to Expunge and Replace Certified Administrative Record (the Stipulation), IT IS HEREBY ORDERED that:

(1) The Stipulation is approved; and

(2) All hard copies and electronic copies of the Certified Administrative Record filed on January 9, 2019 (Docket No. 12) will be destroyed by the Court, including the document available via the ECF system.

(3) A Supplemental Certified Administrative Record will be filed by Defendant in order to replace the record previously filed.

.

Dated: May 21, 2019.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE