McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR SAHYOUN, | Case No.: 2:18-cv-00576-EFB |
|     Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND** ~~**PROPOSED**~~ **ORDER** |
|     vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

      IT IS HEREBY STIPULATED, by and between Victor Sahyoun (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is June 7, 2019. The new date will be July 5, 2019. All other deadlines will extend accordingly.

      Defense counsel needs an extension of time because she is a newer hire who needs more time to complete review and analysis of the record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, draft the response, and go through the necessary

Stip. & Prop. Order for Ext., 2:18-cv-00576-EFB

in-house reviews and her reviewer, due to her own workload demands, needs additional time to review the brief. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

This is Defendant's second request for an extension.

Respectfully submitted,

Dated: May 30, 2019
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

*/s/ Harvey Sackett*
HARVEY SACKETT
Sackett & Associates, A Professional Law Corporation
Attorneys for Plaintiff
(*As authorized via e-mail on May 30, 2019)

ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT OR MOTION TO REMAND ~~OPPOSITION TO PLAINTIFF'S OPENING BRIEF~~ ON OR BEFORE July 5, 2019.

Dated: May 30, 2019.
_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext., 2:18-cv-00576-EFB